UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUNCEY THOMAS-SWIFT,

    Plaintiff,

v.

STEVEN BURKE, AIRMAN INDUSTRIES,
and CHARLIE PERRY,

    Defendants.
_____/

Case No. 16-12702

HONORABLE AVERN COHN

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 24) AND DISMISSING CASE WITHOUT PREJUDICE

I.

This is a wrongful termination case. Plaintiff, proceeding pro se and without payment of the filing fee, filed a complaint naming Steven Burke, Airman Industries, and Charlie Perry. The matter was referred to a magistrate judge for all pretrial proceedings. The magistrate judge issued a report and recommendation (MJRR) recommending that the complaint be dismissed without prejudice for failure to prosecute. (Doc. 24).

II.

Plaintiff has not objected to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987).

However, the Court has reviewed the MJRR and agrees with the magistrate judge. As explained in the MJRR, plaintiff was afforded several opportunities to serve defendants but has taken no action to provide correct address for defendants to that they can be served. Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated: 1/18/2019

Detroit, Michigan

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

-